UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JRP INTERNATIONAL, INC. D/B/A | § | |
| UNIVERSAL TRUCKS & EQUIPMENT | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 7:17 CV-00263 |
| | § | |
| LANDA GROUP, INC., LTA LOGISTICS, | § | |
| INC., CHARLES NELSON, and | § | |
| CHARLIE NELSON TRUCKING | § | |

## DISCLOSURE OF INTERESTED PARTIES

NOW COMES Charles Nelson and Charlie Nelson Trucking and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. JRP International, Inc. d/b/a Universal Trucks and Equipment
   Jose Pedraza, President
   1910 South 10th Street
   Hidalgo, Texas 78557

2. Landa Group, Inc.
   1300 North 10th Street - Suite 250
   McAllen, Texas 78501

3. LTA Logistics, Inc.
   13590 SW 134 Avenue - Suite 209
   Miami, Florida 33186

4. Charles Nelson
   Charlie Nelson Trucking
   8771 North Gilmore Road
   Fairfield, Ohio 45014

                                                                                                     Respectfully submitted,

                                                                                                 /s/ Robert J. Banks
                                                                                                Robert J. Banks, Esq.

Texas Bar No. 01686020
Federal I.D. No. 10703

Law Office of Robert J. Banks
218 East Harrison Avenue
Harlingen, Texas 78550-9134

956-423-3745 (Telephone)
956-423-3746 (Telecopier)
rbanks@xanadu2.net (email)

**CERTIFICATE OF SERVICE**

I hereby certify that on this ____ day of August 2017 I caused to be served *via* email a true and accurate copy of the above Disclosure of Interested Parties to the following attorneys of record:

John A. Guerra
(jguerra@bpgrlaw.com)
Thomas A. Mailloux II
(tmailloux@bpgrlaw.com)
17339 Redland Road
San Antonio, Texas 78247

Raymond L. Thomas
(rthomas@kattorneys.com)
4900-B North 10th Street
McAllen, Texas 78504

Thomas M. Thompson
(tt12@att.net)

Andrew S. de Klerk
(adeklerk@frilot.com)
T. Patrick O'Leary
(poleary@frilot.com)
Brandon K. Thibodeaux
(bthibodeaux@frilot.com)
3700 Energy Center
1100 Poydras Street
New Orleans, Louisiana 70163

/s/ Robert J. Banks
Robert J. Banks